FILED

Name: Greenie Anthony Weaver
Address: 11751 Hart Street #6
North Hollywood, CA 91605
Phone: (213) 644-7880
Fax: _____
In Pro Per

2021 AUG 23 AM 11: 25

CENTRAL DISTRICT COURT
LOS ANGELES
BY: _____ (W)

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

Greenie Anthony Weaver
~~Pro~~ Per

Plaintiff

v.

Employment Development ~~Dept~~, Department

Defendant(s).

CASE NUMBER:

LACV21-06784-DMG-KK

To be supplied by the Clerk of
The United States District Court

_Statement of Facts_

This cause of action is filed in good faith against the employment develope-ment department ETAL for causing plaintiff irrepairable grief, pain and hardship. Personal injury through anxiety, depression, financial hardship, creditors, increased rent, and medical bills by distributing funds, unemployment to someone using plaintiff identity against my will or permission.

_Continued_

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT

1

*Continued*

The employment developement depart-
ment failed to implement a thorough
system to alleviate millions of dollars
due to identity theft.

Please see exhibit "A" declaration
from "EDD" employment developement
department general counsel Carole Vigne
and deputy attorney general Ms. Jacquelyn
V. Young.

Please see exhibit "B" where my
rent increased from $814.00 monthly to
$665.85. Please see exhibits "C", "D" & "E".

Please see exhibit "C" medical
billing from anxiety, depression, mental
stress, anguish, blackouts, seizures
caused by the employment developement
department and the identity theft individual.

To settle this cause of action I am
requesting 4 million dollars or a
settlement conference to remedy this
matter.

Greenie Anthony Weaver
Respectfully submitted

8/17/2021
Date

Signature

Exhibit #A

**ROB BONTA**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA 90013

Public: (213) 269-6000
Telephone: (213) 269-6219
Facsimile: (916) 731-2125
E-Mail: Jacquelyn.Young@doj.ca.gov

July 23, 2021

To Whom It May Concern:

On behalf of the Employment Development Department (EDD), this is regarding Anthony "Greenie" Weaver's alleged receipt of unemployment insurance benefits during 2020. Upon EDD's review, EDD has determined that another individual illegally used Mr. Weaver's identity to fraudulently apply for and receive unemployment insurance benefits from March 28, 2020 to August 22, 2020. Therefore, Mr. Weaver himself never received such benefits from EDD in 2020.

EDD has corrected Mr. Weaver's benefits account in its internal records to reflect these acts of identity fraud. Accordingly, Mr. Weaver's 2020 income was not supplemented by unemployment insurance benefits because he never received such benefits from EDD.

Sincerely,

*/s/ Jacquelyn Young*

JACQUELYN Y. YOUNG
Deputy Attorney General

For     ROB BONTA
Attorney General

JYY:
CC: Carole Vigne, EDD General Counsel

LA2021602241
64388046.docx

# HOUSING AUTHORITY
## OF THE CITY OF LOS ANGELES

AN EQUAL EMPLOYMENT OPPORTUNITY-AFFIRMATIVE ACTION EMPLOYER

*19600 Hamilton Ave, - Torrance, CA 90502 - (310)225-6600*
*www.hacla.org*

*Exhibit #B*

*TTY (213)252-5313*

### SECTION 8 VOUCHER PROGRAM
## NOTICE OF NEW CONTRACT

October 08, 2020

**Greenie Anthony Weaver**
**13328 1/2 S Vermont Ave**
**Gardena, CA 90247**

| | |
|---|---|
| ENTITY ID | : 000090520 |
| VENDOR NO. | : V071119 |
| ADVISOR | : 5DA - Leticia Leyva |
| EMAIL | : Leticia.Leyva@hacla.org |
| RECER/LEP/RA | : 11 / E / L-N03 : 11/16/2019 |

Dear **Greenie Anthony Weaver** :

The terms of your new contract are as follows:

Contract Start Date: <u>11/16/2019</u>

Tenant Rent : <u>$214.00</u>
(Tenant Responsibility)

Housing Assistance Payment: <u>$1,686.00</u>
(Housing Authority Responsibility)

Contract Rent: <u>$1,900.00</u>
(Total Amount the Owner Receives)

**YOU ARE REQUIRED TO IMMEDIATELY REPORT ANY CHANGES IN YOUR INCOME OR FAMILY COMPOSITION.** Failure to do so may result in retroactive charges or termination from the program.

Your Contract is now administered by:

Advisor: <u>Leticia Leyva</u>

Office: <u>Section 8 South</u>

Office Address: <u>19600 Hamilton Ave., Torrance, California 90502</u>

Phone: <u>(310) 225-6642</u>

Thank you for your cooperation.

**cc: Hyginus O Mmeje & Theresa Mmeje**

HACLA makes Reasonable Accommodations for Persons with Disabilities upon request

TTY for Hearing Impaired
(213)252-5313

HAP-2B
52720372  T

The 2020 Census is coming! Be Informed. Be Involved. Be Counted. www.census.lacity.org

**HOUSING AUTHORITY OF THE CITY OF LOS ANGELES**
**Section 8 South Office**
**19600 Hamilton Ave, Torrance CA 90502**



March 30, 2021

**Gentry Properties LLC**

You have been authorized to allow <u>**Greenie Weaver**</u> to move into
**NEW ADDRESS: 11751 Hart St #6 North Hollywood, CA 91605**

The proposed total rent amount is **$2200 per month**
The proposed total tenant portion is **$662 per month**
The proposed total Housing Authority portion is **$1536 per month**

In order to complete a contract with you, the Housing Authority requires that you furnish the following documents:

- **ONE-YEAR RENTAL AGREEMENT (all household members should be included on rental agreement) AUTHORIZED OCCUPANTS: Greenie Weaver and Porsche Cole**
- **PROOF OF TRASH SERVICE (trash bill)**

Please sign and date the 1 year lease agreement the day before you allow the tenant to move into the new unit (the day before the lease start date). You or the tenant can fax or email or deliver the 1 year lease agreement by <u>**4/1/21**</u>. Failure to provide these documents by the date indicated will delay payments for you and my result in the cancellation of the contract.

**Please allow 30 to 45 days for processing of the contract. Payments will be issued within 45 days from the beginning of the lease.**
- Rent amount are subject to change if corrections are necessary.

Thank you

**Attn:** Dannesha Nash
**Office:** (310) 225-6646
**Fax:** (310) 225-6670
**Email address**: <u>Dannesha.nash@hacla.org</u>

**H A C L A**

**Build HOPE:** Investing in People and Place

## SECTION 8 VOUCHER PROGRAM

## NOTICE OF REVIEW DETERMINATION / ANNUAL RENT ADJUSTMENT TENANT RENT AND RETRO CREDIT

August 10, 2021

**Greenie Anthony Weaver**
**11751 Hart St, Apt 6**
**North Hollywood, CA 91605**

| | |
|---|---|
| ENTITY ID | : 000090520 |
| VENDOR NO. | : V069148 |
| ADVISOR | : 4BE - Nelly Alvarado |
| EMAIL | : Nelly.Alvarado@hacla.org |
| RECER/LEP/RA | : 4 / E / L- |
| C05 : 9/1/2021 | : S8 - Certification |

Dear **Greenie Anthony Weaver:**

This is to notify you that on the basis of the recent review of your eligibility and income, and/or the Annual Contract Rent change, the Housing Authority has determined:

You remain eligible for the Homeless Program, provided you are in compliance with all provisions of the Lease and the Housing Voucher . Your family is composed of **2** person(s).

The Total Monthly Contract Rent to the owner will be $1,943.00 effective 9/1/2021.

The Housing Assistance Payment paid to the owner on your behalf is $1,709.00 effective 9/1/2021.

The Tenant Rent that you pay to the owner each month is $234.00 effective 9/1/2021.

**Your account has been credited retroactively as follows:**

| Adjustment Period | | Tenant Rent | | Total Difference |
|---|---|---|---|---|
| From(mo/yr) | Through(mo/yr) | Actually charged | Should have been charged | |
| 4 /21 | 8 / 21 | $ 662 | $ 234 | $ 2140 |
| / | / | $ | $ | $ |

As a result of this retroactive credit, the Housing Authority will send you a check within three months.

YOU ARE REQUIRED TO REPORT IMMEDIATELY ANY CHANGES IN YOUR FAMILY INCOME OR COMPOSITION. FAILURE TO DO SO MAY RESULT IN RETROACTIVE CHARGES TO YOU IF THE CHANGE WOULD HAVE RESULTED IN A HIGHER TENANT RENT CONTRIBUTION.

You have a right to a hearing if you wish to dispute this action. If you wish to request a hearing, you must do so by contact us at (833) HACLA-4-U no later than 30 days from the date of this notice.

Sincerely,
Nelly Alvarado, Section 8 Advisor
email: Nelly.Alvarado@hacla.org

**cc: Gentry Properties Llc**

   



## HOSPITAL SERVICES

**UCLA HEALTH SYSTEM**
SANTA MONICA UCLA MEDICAL CENTER
Patient Business Services
10920 Wilshire Blvd #1600
Los Angles, CA  90024
PH:  (310)  825-8021

**Guarantor Name & Address**
GREENIE-ANTHONY WEAVER
13328 1/2 SOUTH VERMONT AVE
GARDENA, CA  90247

**Make check payable to:**
The Regents of the
University of California

**Please remit your payment to:**
Patient Business Services
File 748260
Los Angeles, CA  90074-1139

**Hospital Account:    19924286**
Patient Name:          Weaver,Greenie-Anthony
Attending Physician:   Chang, Eileen Y.
Primary Coverage:      La Care - Mcl Assign

**Guarantor ID:    1000415196**
Admit Date:        11/12/20
Discharge Date:    11/12/20
Account Class:     Emergency

# Charges

| Service Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| 11/12/20 | 0260 | 2609636500 | HB NONCHEMO IV INFUSION 1ST HOUR | 1 | 670.00 |
| 11/12/20 | 0300 | 3003641500 | HB  VENIPUNCTURE BLOOD DRAW | 1 | 15.00 |
| 11/12/20 | 0300 | 3018905100 | HB AP CELL COUNT DIFF MISC BODY FLUID | 1 | 120.00 |
| 11/12/20 | 0301 | 3018004800 | HB METABOLIC PANEL BASIC | 1 | 260.00 |
| 11/12/20 | 0301 | 3018007600 | HB HEPATIC FUNCTION PANEL | 1 | 240.00 |
| 11/12/20 | 0301 | 3018204200 | HB ALBUMIN URINE OR OTH SOURCE | 1 | 110.00 |
| 11/12/20 | 0301 | 3018255000 | HB CREATINE KINASE TOTAL CK | 1 | 80.00 |
| 11/12/20 | 0301 | 3018360500 | HB LACTATE | 1 | 140.00 |
| 11/12/20 | 0301 | 3018369000 | HB LIPASE | 1 | 130.00 |
| 11/12/20 | 0301 | 3018448400 | HB TROPONIN I QUANT | 1 | 180.00 |
| 11/12/20 | 0305 | 3058502500 | HB CBC & PLATELET CT & DIFF | 1 | 80.00 |
| 11/12/20 | 0305 | 3058561000 | HB PROTHROMBIN TIME | 1 | 80.00 |
| 11/12/20 | 0305 | 3058573000 | HB APTT ACTIVATED PTT | 1 | 110.00 |
| 11/12/20 | 0306 | 3068704000 | HB BACT CULTURE BLOOD | 1 | 300.00 |
| 11/12/20 | 0306 | 3068704000 | HB BACT CULTURE BLOOD | 1 | 300.00 |
| 11/12/20 | 0306 | 3068707000 | HB BACT CULTURE OTH SOURCE | 1 | 220.00 |
| 11/12/20 | 0306 | 3068707700 | HB AEROBIC ID EA ISOLATE | 1 | 80.00 |
| 11/12/20 | 0306 | 3068707700 | HB AEROBIC ID EA ISOLATE | 1 | 80.00 |
| 11/12/20 | 0306 | 3068718603 | HB MICRO DIL MIC PER PLATE | 1 | 130.00 |
| 11/12/20 | 0306 | 3068720500 | HB GRAM STAIN | 1 | 80.00 |
| 11/12/20 | 0306 | 3068763601 | HB INFECT AGENT INFLUENZA AB COVID19 MULTI AMP PROBE1 | 1 | 710.00 |

EXHIBIT #B

Page:2 of 2

| Service Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 11/12/20 | 0307 | 3018100100 | HB URINALYSIS AUTO W MICROSCOPIC | 1 | 80.00 |
| 11/12/20 | 0324 | 3247104500 | HB CHEST SINGLE VIEW | 1 | 270.00 |
| 11/12/20 | 0352 | 3527417600 | HB  CT ABDOMEN&PELVIS WO CONTRAST | 1 | 3,000.00 |
| 11/12/20 | 0450 | 4509928500 | HB ER DEPT VISIT ACUITY 5 | 1 | 1,800.00 |
| 11/12/20 | 0460 | 4609476100 | HB  PULSE OXIMETRY MULTIPLE | 1 | 270.00 |
| 11/12/20 | 0636 | 2500000636 | CEFTRIAXONE 40 MG/ML SOLN | 8 | 110.00 |
| 11/12/20 | 0636 | 2500000636 | MORPHINE PF 4 MG/ML SOLN | 1 | 45.00 |
| 11/12/20 | 0636 | 2500000636 | ONDANSETRON 4 MG/2 ML SOLN | 4 | 40.00 |
| 11/12/20 | 0730 | 7309300501 | HB EKG 12-LEAD SM | 1 | 410.00 |
| 11/12/20 | 0730 | 7309300501 | HB EKG 12-LEAD SM | 1 | 410.00 |
| 11/12/20 | 0804 | 8049094501 | HB CCPD PER TRMT DAY | 1 | 3,100.00 |
| 11/12/20 | 0940 | 9409637500 | HB NONCHEMO IV PUSH EACH ADDL SEQUENTIAL | 2 | 400.00 |

**Total charges:**                                                                      **14,050.00**

*Exhibit "B"*                                              *Page 1*

## HOSPITAL SERVICES

**UCLA HEALTH SYSTEM**
SANTA MONICA UCLA MEDICAL CENTER
Patient Business Services
10920 Wilshire Blvd #1600
Los Angles, CA  90024
PH:  (310)  825-8021

**Guarantor Name & Address**
   GREENIE-ANTHONY WEAVER
   13328 1/2 SOUTH VERMONT AVE
   GARDENA, CA  90247

**Make check payable to:**
   The Regents of the
   University of California

**Please remit your payment to:**
   Patient Business Services
   File 748260
   Los Angeles, CA  90074-1139

| | |
|---|---|
| **Hospital Account:** **19924286** | **Guarantor ID:** **1000415196** |
| Patient Name:  Weaver,Greenie-Anthony | Admit Date:  11/12/20 |
| Attending Physician:  Chang, Eileen Y. | Discharge Date:  11/12/20 |
| Primary Coverage:  La Care - Mcl Assign | Account Class:  Emergency |

## Charges

| Service Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| **Charges** | | | | | |
| 11/12/20 | 0260 | 2609636500 | HB NONCHEMO IV INFUSION 1ST HOUR | 1 | 670.00 |
| 11/12/20 | 0300 | 3003641500 | HB  VENIPUNCTURE BLOOD DRAW | 1 | 15.00 |
| 11/12/20 | 0300 | 3018905100 | HB AP CELL COUNT DIFF MISC BODY FLUID | 1 | 120.00 |
| 11/12/20 | 0301 | 3018004800 | HB METABOLIC PANEL BASIC | 1 | 260.00 |
| 11/12/20 | 0301 | 3018007600 | HB HEPATIC FUNCTION PANEL | 1 | 240.00 |
| 11/12/20 | 0301 | 3018204200 | HB ALBUMIN URINE OR OTH SOURCE | 1 | 110.00 |
| 11/12/20 | 0301 | 3018255000 | HB CREATINE KINASE TOTAL CK | 1 | 80.00 |
| 11/12/20 | 0301 | 3018360500 | HB LACTATE | 1 | 140.00 |
| 11/12/20 | 0301 | 3018369000 | HB LIPASE | 1 | 130.00 |
| 11/12/20 | 0301 | 3018448400 | HB TROPONIN I QUANT | 1 | 180.00 |
| 11/12/20 | 0305 | 3058502500 | HB CBC & PLATELET CT & DIFF | 1 | 80.00 |
| 11/12/20 | 0305 | 3058561000 | HB PROTHROMBIN TIME | 1 | 80.00 |
| 11/12/20 | 0305 | 3058573000 | HB APTT ACTIVATED PTT | 1 | 110.00 |
| 11/12/20 | 0306 | 3068704000 | HB BACT CULTURE BLOOD | 1 | 300.00 |
| 11/12/20 | 0306 | 3068704000 | HB BACT CULTURE BLOOD | 1 | 300.00 |
| 11/12/20 | 0306 | 3068707000 | HB BACT CULTURE OTH SOURCE | 1 | 220.00 |
| 11/12/20 | 0306 | 3068707700 | HB AEROBIC ID EA ISOLATE | 1 | 80.00 |
| 11/12/20 | 0306 | 3068707700 | HB AEROBIC ID EA ISOLATE | 1 | 80.00 |
| 11/12/20 | 0306 | 3068718603 | HB MICRO DIL MIC PER PLATE | 1 | 130.00 |
| 11/12/20 | 0306 | 3068720500 | HB GRAM STAIN | 1 | 80.00 |
| 11/12/20 | 0306 | 3068763601 | HB INFECT AGENT INFLUENZA AB COVID19 MULTI AMP PROBE1 | 1 | 710.00 |

Exhibit # B

| Service Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 11/12/20 | 0307 | 3018100100 | HB URINALYSIS AUTO W MICROSCOPIC | 1 | 80.00 |
| 11/12/20 | 0324 | 3247104500 | HB CHEST SINGLE VIEW | 1 | 270.00 |
| 11/12/20 | 0352 | 3527417600 | HB CT ABDOMEN&PELVIS WO CONTRAST | 1 | 3,000.00 |
| 11/12/20 | 0450 | 4509928500 | HB ER DEPT VISIT ACUITY 5 | 1 | 1,800.00 |
| 11/12/20 | 0460 | 4609476100 | HB PULSE OXIMETRY MULTIPLE | 1 | 270.00 |
| 11/12/20 | 0636 | 2500000636 | CEFTRIAXONE 40 MG/ML SOLN | 8 | 110.00 |
| 11/12/20 | 0636 | 2500000636 | MORPHINE PF 4 MG/ML SOLN | 1 | 45.00 |
| 11/12/20 | 0636 | 2500000636 | ONDANSETRON 4 MG/2 ML SOLN | 4 | 40.00 |
| 11/12/20 | 0730 | 7309300501 | HB EKG 12-LEAD SM | 1 | 410.00 |
| 11/12/20 | 0730 | 7309300501 | HB EKG 12-LEAD SM | 1 | 410.00 |
| 11/12/20 | 0804 | 8049094501 | HB CCPD PER TRMT DAY | 1 | 3,100.00 |
| 11/12/20 | 0940 | 9409637500 | HB NONCHEMO IV PUSH EACH ADDL SEQUENTIAL | 2 | 400.00 |

**Total charges:**                                                     **14,050.00**



# Sear at Culver City LIVE

3828 DELMAS TERRACE
CULVER CITY, CA 90232-2713

Phone #: (562 ) 293 -3200
Federal ID: 954690845

| PATIENT NAME | | FACILITY | VISIT ID | FC | BIRTH DATE | ADMIT DATE | DISCH. DATE |
|---|---|---|---|---|---|---|---|
| WEAVER, GREENIE | | BMC | 500333287-0001 | ACHMO | 04/22/1956 | 11/12/2020 | 11/14/2020 |

TO:   WEAVER, GREENIE
13328 1/2 S. VERMONT AVE
PRIVATE RESIDENCE
GARDENA, CA 90247

| | SERVICE FROM | SERVICE THRU |
|---|---|---|
| | 11/12/2020 | 11/14/2020 |
| PATIENT TYPE 1 | INPATIENT ACUTE | |
| ATTEND PHY 67446 | BURROWS, JAMES E | |

Secondary Insurance                Tertiary Insurance

| CHARGE CODE | | SERVICE DATE | CHARGE DESCRIPTION | CPT4 | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 2350002 | RB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 | 11/12/2020 | SEMI-PRIVATE ROOM | | 1 | 4,115.00 | 4,115.00 |
| 2350002 | RB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 | 11/13/2020 | SEMI-PRIVATE ROOM | | 1 | 4,115.00 | 4,115.00 |
| | | | 0120 ROOM-BOARD/SEMI | | 2 | | 8,230.00 |
| 5300011 | IF201113IFC | 11/13/2020 | THIAMINE HCL 100MG TAB | | 1 | 10.00 | 10.00 |
| 5300662 | IF201113IFC | 11/13/2020 | AMLODIPINE 10MG | | 1 | 37.00 | 37.00 |
| 5301147 | IF201113IFC | 11/13/2020 | ATORVASTATIN 40MG | | 1 | 36.00 | 36.00 |
| 5306320 | IF201113IFC | 11/13/2020 | LABETALOL 100MG TAB | | 2 | 19.00 | 38.00 |
| 5310764 | IF201113IFC | 11/13/2020 | SEVELAMER 800MG | | 1 | 15.00 | 15.00 |
| 5312435 | IF201113IFC | 11/13/2020 | VITAMIN RENAL FORMULA | | 1 | 22.00 | 22.00 |
| 5300011 | IF201114IFC | 11/14/2020 | THIAMINE HCL 100MG TAB | | 1 | 10.00 | 10.00 |
| 5300662 | IF201114IFC | 11/14/2020 | AMLODIPINE 10MG | | 1 | 37.00 | 37.00 |
| 5306320 | IF201114IFC | 11/14/2020 | LABETALOL 100MG TAB | | 2 | 19.00 | 38.00 |
| 5310764 | IF201114IFC | 11/14/2020 | SEVELAMER 800MG | | 1 | 15.00 | 15.00 |
| 5312435 | IF201114IFC | 11/14/2020 | VITAMIN RENAL FORMULA | | 1 | 22.00 | 22.00 |
| | | | 0250 PHARMACY | | 13 | | 280.00 |
| 4107033 | IF201113IFC | 11/13/2020 | CULTURE RESPIRATORY | 87070 | 1 | 368.00 | 368.00 |
| 4100033 | IF201114IFC | 11/14/2020 | VANCOMYCIN TROUGH | 80202 | 1 | 403.00 | 403.00 |
| 4100166 | IF201114IFC | 11/14/2020 | BASIC METABOLIC PANEL | 80048 | 1 | 801.00 | 801.00 |
| 4105028 | IF201114IFC | 11/14/2020 | CBC/PLT/AUTO DIFF (5) | 85025 | 1 | 351.00 | 351.00 |
| 4105610 | IF201114IFC | 11/14/2020 | PROTHROMBIN TIME | 85610 | 1 | 269.00 | 269.00 |
| 4209011 | IF201114IFC | 11/14/2020 | VENIPUNCTURE | 36415 | 1 | 83.00 | 83.00 |
| | | | 0300 LABORATORY | | 6 | | 2,275.00 |
| 5319084 | IF201113IFC | 11/13/2020 | CEFTRIAXONE 1GM/PMX | J0696 | 1 | 365.00 | 365.00 |
| 5321018 | IF201113IFC | 11/13/2020 | HEPARIN 5000U/ML 1ML | J1644 | 1 | 75.00 | 75.00 |
| 5327757 | IF201113IFC | 11/13/2020 | MORPHINE SYG 2MG/ML | J2270 | 1 | 154.00 | 154.00 |
| 5412375 | IF201113IFC | 11/13/2020 | D5W 500ML | J7060 | 1 | 302.00 | 302.00 |
| 5321018 | IF201114IFC | 11/14/2020 | HEPARIN 5000U/ML 1ML | J1644 | 1 | 75.00 | 75.00 |
| | | | 0636 DRUGS REQ DETAILED CODING | | 5 | | 971.00 |

$7,053


EXHIBIT #B

# Sch at Culver City LIVE
3828 DELMAS TERRACE
CULVER CITY, CA 90232-2713

Phone #: (562 ) 293 -3200
Federal ID: 954690845

| PATIENT NAME | | FACILITY | VISIT ID | | FC | BIRTH DATE | ADMIT DATE | DISCH. DATE |
|---|---|---|---|---|---|---|---|---|
| WEAVER, GREENIE | | BMC | 500333287-0001 | | MCHMO | 04/22/1956 | 11/12/2020 | 11/14/2020 |

| TO: | WEAVER, GREENIE | | | SERVICE FROM | SERVICE THRU |
|---|---|---|---|---|---|
| | 13328 1/2 S. VERMONT AVE | | | 11/12/2020 | 11/14/2020 |
| | PRIVATE RESIDENCE | PATIENT TYPE | 1 | INPATIENT ACUTE | |
| | GARDENA, CA 90247 | ATTEND PHY | 67446 | BURROWS, JAMES E | |

Secondary Insurance                    Tertiary Insurance

| CHARGE CODE | | SERVICE DATE | CHARGE DESCRIPTION | CPT4 | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|
| 2350002 | RB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 | 11/12/2020 | SEMI-PRIVATE ROOM | | 1 | 4,115.00 | 4,115.00 |
| 2350002 | RB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 | 11/13/2020 | SEMI-PRIVATE ROOM | | 1 | 4,115.00 | 4,115.00 |
| | | | 0120 ROOM-BOARD/SEMI | | 2 | | 8,230.00 |
| 5300011 | IF201113IFC | 11/13/2020 | THIAMINE HCL 100MG TAB | | 1 | 10.00 | 10.00 |
| 5300662 | IF201113IFC | 11/13/2020 | AMLODIPINE 10MG | | 1 | 37.00 | 37.00 |
| 5301147 | IF201113IFC | 11/13/2020 | ATORVASTATIN 40MG | | 1 | 36.00 | 36.00 |
| 5306320 | IF201113IFC | 11/13/2020 | LABETALOL 100MG TAB | | 2 | 19.00 | 38.00 |
| 5310764 | IF201113IFC | 11/13/2020 | SEVELAMER 800MG | | 1 | 15.00 | 15.00 |
| 5312435 | IF201113IFC | 11/13/2020 | VITAMIN RENAL FORMULA | | 1 | 22.00 | 22.00 |
| 5300011 | IF201114IFC | 11/14/2020 | THIAMINE HCL 100MG TAB | | 1 | 10.00 | 10.00 |
| 5300662 | IF201114IFC | 11/14/2020 | AMLODIPINE 10MG | | 1 | 37.00 | 37.00 |
| 5306320 | IF201114IFC | 11/14/2020 | LABETALOL 100MG TAB | | 2 | 19.00 | 38.00 |
| 5310764 | IF201114IFC | 11/14/2020 | SEVELAMER 800MG | | 1 | 15.00 | 15.00 |
| 5312435 | IF201114IFC | 11/14/2020 | VITAMIN RENAL FORMULA | | 1 | 22.00 | 22.00 |
| | | | 0250 PHARMACY | | 13 | | 280.00 |
| 4107033 | IF201113IFC | 11/13/2020 | CULTURE RESPIRATORY | 87070 | 1 | 368.00 | 368.00 |
| 4100033 | IF201114IFC | 11/14/2020 | VANCOMYCIN TROUGH | 80202 | 1 | 403.00 | 403.00 |
| 4100166 | IF201114IFC | 11/14/2020 | BASIC METABOLIC PANEL | 80048 | 1 | 801.00 | 801.00 |
| 4105028 | IF201114IFC | 11/14/2020 | CBC/PLT/AUTO DIFF (5) | 85025 | 1 | 351.00 | 351.00 |
| 4105610 | IF201114IFC | 11/14/2020 | PROTHROMBIN TIME | 85610 | 1 | 269.00 | 269.00 |
| 4209011 | IF201114IFC | 11/14/2020 | VENIPUNCTURE | 36415 | 1 | 83.00 | 83.00 |
| | | | 0300 LABORATORY | | 6 | | 2,275.00 |
| 5319084 | IF201113IFC | 11/13/2020 | CEFTRIAXONE 1GM/PMX | J0696 | 1 | 365.00 | 365.00 |
| 5321018 | IF201113IFC | 11/13/2020 | HEPARIN 5000U/ML 1ML | J1644 | 1 | 75.00 | 75.00 |
| 5327757 | IF201113IFC | 11/13/2020 | MORPHINE SYG 2MG/ML | J2270 | 1 | 154.00 | 154.00 |
| 5412375 | IF201113IFC | 11/13/2020 | D5W 500ML | J7060 | 1 | 302.00 | 302.00 |
| 5321018 | IF201114IFC | 11/14/2020 | HEPARIN 5000U/ML 1ML | J1644 | 1 | 75.00 | 75.00 |
| | | | 0636 DRUGS REQ DETAILED CODING | | 5 | | 971.00 |

$7,053

Exhibit #13B



**HEALTHPOINTE**

16702 Valley View Ave
La Mirada CA 90638-5824

| | |
|---|---|
| Billing Phone: | (714) 367-5391 |
| Billing Fax: | (714) 635-5428 |
| Appointments: | (714) 367-5360 |
| Website: | www.healthpointe.net |

**CONFIDENTIALLY ADDRESSED TO:**

2681  1 MB 0.450      ***********************AUTO**MIXED AADC 923

Greenie Weaver
11751 Hart St Apt 6
North Hollywood, CA 91605-5704

044931002681

☐ Please check box if address is incorrect or insurance information has changed and indicate change(s) on the reverse side.

---

**IF PAYING BY CREDIT CARD PLEASE FILL OUT BELOW**

CHECK CARD USING FOR PAYMENT

☐ VISA          ☐ MasterCard

| CARD NUMBER | | AMOUNT |
|---|---|---|
| SIGNATURE | | EXP. DATE |
| MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | | AMOUNT ENCLOSED |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NUMBER |
|---|---|---|
| 7/23/2021 | $375.00 | Los-320442-262675-ORS |

**MAKE CHECKS PAYABLE AND MAIL TO:**

**Healthpointe Medical Group Inc.**
16702 Valley View Ave
La Mirada CA 90638-5824

**Page 1  of 1**

To ensure proper credit, please detach and return top portion with your payment prior to your due date.

---

| Date | CPT | Description | Physician | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| **Charges for Weaver, Greenie - Account Number: Los-320442-262675-ORS** | | | | | | |
| 3/4/2021 | 99215 | OFFICE/OUTPATIENT VISIT, EST | Shahrouz Ghodsian | $375.00 | $0.00 | $375.00 |

---

## Important Message from our Billing Department

Greenie Weaver, thank you for selecting Healthpointe Medical Group Inc. for your healthcare needs. This statement represents charges for recently received medical services.

As a courtesy, the insurance we have on file has been billed. If you have any additional insurance information, please fill out the back portion of this statement and return to us in a timely manner so we may bill your plan accordingly.

Should you have any questions regarding this statement or require additional assistance, let us know. Our billing office representatives are available to assist you at (714) 367-5391 Monday–Friday between the hours of 8:00am and 5:00pm

As a reminder, all balances 60 days or more past due will be subject to 1.5% finance charges unless prior arrangements have been made with the business office.

Thank you!

## Account Summary

| | |
|---|---|
| Patient: | Greenie Weaver |
| Account: | Los-320442-262675-ORS |
| Statement Date: | 7/23/2021 |
| Patient Balance Now Due: | $375.00 |

**Amount Now Due**
**$375.00**

| | |
|---|---|
| Billing Phone: | (714) 367-5391 |
| Billing Fax: | (714) 635-5428 |
| Appointments: | (714) 367-5360 |
| Website: | www.healthpointe.net |


0101100



*Exhibit #B.*

HEALTHPOINTE

16702 Valley View Ave
La Mirada CA 90638-5824

| | |
|---|---|
| Billing Phone: | (714) 367-5391 |
| Billing Fax: | (714) 635-5428 |
| Appointments: | (714) 367-5360 |
| Website: | www.healthpointe.net |

**CONFIDENTIALLY ADDRESSED TO:**

2681  1 MB 0.450          ***************************AUTO**MIXED AADC 923

Greenie Weaver
11751 Hart St Apt 6
North Hollywood, CA 91605-5704

044931002681

| IF PAYING BY CREDIT CARD PLEASE FILL OUT BELOW | | |
|---|---|---|
| CHECK CARD USING THE ABOVE | | |
| ☐ VISA | ☐ MASTERCARD | |
| CARD NUMBER | | AMOUNT |
| SIGNATURE | | EXP. DATE |
| MUST INCLUDE 3 DIGIT SECURITY CODE FROM BACK OF CARD | | AMOUNT ENCLOSED |

| STATEMENT DATE | PAY THIS AMOUNT | ACCOUNT NUMBER |
|---|---|---|
| 7/23/2021 | $375.00 | Los-320442-262675-ORS |

**MAKE CHECKS PAYABLE AND MAIL TO:**

**Healthpointe Medical Group Inc.**
16702 Valley View Ave
La Mirada CA 90638-5824

☐ Please check box if address is incorrect or insurance information has changed and indicate change(s) on the reverse side.

**Page 1 of 1**

To ensure proper credit, please detach and return top portion with your payment prior to your due date.

| Date | CPT | Description | Physician | Charges | Payments | Balance |
|---|---|---|---|---|---|---|
| **Charges for Weaver, Greenie - Account Number: Los-320442-262675-ORS** | | | | | | |
| 3/4/2021 | 99215 | OFFICE/OUTPATIENT VISIT, EST | Shahrouz Ghodsian | $375.00 | $0.00 | $375.00 |

## Important Message from our Billing Department

Greenie Weaver, thank you for selecting Healthpointe Medical Group Inc. for your healthcare needs. This statement represents charges for recently received medical services.

As a courtesy, the insurance we have on file has been billed. If you have any additional insurance information, please fill out the back portion of this statement and return to us in a timely manner so we may bill your plan accordingly.

Should you have any questions regarding this statement or require additional assistance, let us know. Our billing office representatives are available to assist you at (714) 367-5391 Monday–Friday between the hours of 8:00am and 5:00pm

As a reminder, all balances 60 days or more past due will be subject to 1.5% finance charges unless prior arrangements have been made with the business office.

Thank you!

### Account Summary

| | |
|---|---|
| Patient: | Greenie Weaver |
| Account: | Los-320442-262675-ORS |
| Statement Date: | 7/23/2021 |
| Patient Balance Now Due: | $375.00 |

**Amount Now Due**
**$375.00**

| | |
|---|---|
| Billing Phone: | (714) 367-5391 |
| Billing Fax: | (714) 635-5428 |
| Appointments: | (714) 367-5360 |
| Website: | www.healthpointe.net |



*Thank You from the Staff at:*
**Healthpointe Medical Group Inc.** • 16702 Valley View Ave • La Mirada CA 90638-5824

3. Do you own any cash, or do you have money in a checking or savings account?  (Include any funds in prison accounts, if applicable.) ☐Yes ☒No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐Yes ☒No

   If the answer is yes, describe the property and state its approximate value: _____

   _____

5. In what year did you last file an Income Tax return? _2009_

   Approximately how much income did your last tax return reflect? _$ 428.00_

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:

   _____
   _____NONE_____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.  I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C.  Sections  1621, 3571).

_California_                          _Los Angeles_
State                                County (or City)

I, _Greenie Anthony Weaver_____, declare under penalty of perjury that the foregoing is true and correct.

_8/17/2021_                          _____
Date                                 Plaintiff/Petitioner (Signature)

EXHIBIT D

# Social Security Administration
# **Supplemental Security Income**
Notice of Planned Action

SOCIAL SECURITY
1420 W OLIVE AVE
BURBANK CA 91506

Date:  August 13, 2021
Time:  5:58 PM ET
BNC#:  21S1561F32889 DI

A80 21S1561F32889

GREENIE ANTHONY WEAVER
11751 HART ST APT 6
NORTH HOLLYWOOD CA 91605

We plan to lower your monthly Supplemental Security Income (SSI) payment from $896.04 to $809.72 beginning September 2021.  The amount will change because your situation changed.  You will continue to get the new amount each month unless there is a change in the information we use to figure your payment.  The new amount includes $160.72 from the State of California.

We are also changing the amounts you were due for June 2021 through August 2021.  Your amounts changed because your situation changed.

We explain how we figured the monthly payment amounts on the worksheets at the end of this letter.  The explanation shows how your income, other than any SSI payments, affects your SSI payment.  We include explanations only for months where payment amounts change.

## When You Will Receive Your Payments

Your bank or other financial institution will receive your monthly payment of $789.72 around September 1, 2021, and on the first of each month after that.

## Your Past Payments

The following chart shows your previous amounts and the corrected amounts for the months that changed.  The chart also shows how much of the monthly amounts were from your State.

Questions    Call

1-888-748-7699

*EXHIBIT "D"*

# Social Security Administration
# **Supplemental Security Income**
Notice of Planned Action

SOCIAL SECURITY
1420 W OLIVE AVE
BURBANK CA 91506

Date:  August 13, 2021
Time:  5:58 PM ET
BNC#:  21S1561F32889 DI

A80 21S1561F32889

GREENIE ANTHONY WEAVER
11751 HART ST APT 6
NORTH HOLLYWOOD CA 91605

We plan to lower your monthly Supplemental Security Income (SSI) payment from $896.04 to $809.72 beginning September 2021.  The amount will change because your situation changed.  You will continue to get the new amount each month unless there is a change in the information we use to figure your payment.  The new amount includes $160.72 from the State of California.

We are also changing the amounts you were due for June 2021 through August 2021.  Your amounts changed because your situation changed.

We explain how we figured the monthly payment amounts on the worksheets at the end of this letter.  The explanation shows how your income, other than any SSI payments, affects your SSI payment.  We include explanations only for months where payment amounts change.

## When You Will Receive Your Payments

Your bank or other financial institution will receive your monthly payment of $789.72 around September 1, 2021, and on the first of each month after that.

## Your Past Payments

The following chart shows your previous amounts and the corrected amounts for the months that changed.  The chart also shows how much of the monthly amounts were from your State.

Questions   Call

1-888-748-7699

714 W Olympic Blvd Suite 640,
Los Angeles, California 90015
Phone: (310) 596-1556
Fax: (213) 493-2260

*Exhibit "E"*

## COVER PAGE

**Date:** May 12, 2021
**Sent to:** Robin E. Paley                          Law Offices of Robin E. Paley PC
16430  Ventura Blvd Ste 301              16430  Ventura Blvd Ste 301
Encino, CA 91436                              Encino, CA 91436
818-386-2995                                    818-386-2995
818-386-0684                                    818-386-0684
paleylawoffices@gmail.com

**From:** MedCapital Solutions LLC (MCS)        Pages: 14 (Including Cover)

Re: Greenie Weaver Purchase Agreement 21 - 00403

## HAVE QUESTIONS? PLEASE CALL US AT (310) 596-1556.

**CHECKLIST FOR Greenie Weaver**

- ☐ Complete and sign the Consumer Disclosure

- ☐ Complete and sign the Payment Instructions.

- ☐ Complete and sign the Information Release.

- ☐ Complete and sign the Purchase Agreement-Page 4

- ☐ Complete and sign the Purchase Agreement-Page 10

- ☐ Sign the Irrevocable Letter of Direction.

**CHECKLIST FOR ATTORNEY. Robin E. Paley OF Law Offices of Robin E. Paley PC.**

- ☐ Sign the Attorney Acknowledgment portion of the Irrevocable Letter of Direction and list the approximate amount of any related medical and statutory liens.

We greatly appreciate your assistance with the process. Once you receive your MCS cash funding, please notify us if you wish to receive any future funding.

PLEASE COMPLETE THE ATTACHED DOCUMENTS AND RETURN BY ONE OF THE FOLLOWING METHODS
- ✓ ELECTRONICALLY (E-SIGNATURE: THE FASTEST WAY TO SUBMIT THE DOCUMENTS);
- ✓ BY EMAIL TO: cashadvance@medcapitalsolutions.com
- ✓ BY FACSIMILE TO: (213) 493-2260



**714 W Olympic Blvd Suite 640,**
**Los Angeles, California 90015**
Phone: (310) 596-1556
Fax: (213) 493-2260

## CONSUMER DISCLOSURE & PAYMENT INSTRUCTIONS

**Date:** 05/12/2021
**Seller:** Greenie Weaver
**MCS Case ID:** 21 - 00403

**What MCS (Purchaser) will own from Greenie Weaver's (Seller) Legal Claim if Recovery is made at or during the following time frames:**

| ALL PRIOR LIENS – Payoff as of 05/12/2021 – – $5,500.00 | ROR - 34.73%* |
|---|---|
| **Date Range** | **MCS Ownership Amount** |
| 05/12/2021 to 06/26/2021 | $2,600.00 |
| 06/27/2021 to 11/09/2021 | $2,900.00 |
| 11/10/2021 to 02/08/2022 | $3,400.00 |
| 02/09/2022 to 05/10/2022 | $3,500.00 |
| 05/11/2022 to 08/09/2022 | $4,700.00 |
| 08/10/2022 to 11/08/2022 | $5,000.00 |
| 11/09/2022 to 05/08/2023 | $5,600.00 |
| 05/09/2023 to 11/05/2023 | $6,500.00 |
| 11/06/2023 to 05/04/2024 | $7,000.00 |
| 05/05/2024 and thereafter | $7,200.00 |

*THIS RATE OF RETURN (ROR) ON OUR INVESTMENT IS FOR DISCLOSURE PURPOSES ONLY AND BASED ON A FOUR YEAR TERM (CALCULATED 2 TIMES A YEAR USING THE CLOSED-ENDED CREDIT TRANSACTION METHOD) WITH DELIVERY OPTIONS OF THE CHECK AS PICK UP FROM OUR OFFICE. YOUR RATE OF RETURN PERCENTAGE MAYBE HIGHER IF YOU SELECT OTHER OPTIONAL DELIVERY METHODS. THIS TRANSACTION IS NOT A LOAN. **Monthly compounding rate: 2.70% for 4 years**

IF SELLER (Greenie Weaver) COMPLIES WITH THE NONRECOURSE PURCHASE AGREEMENT AND THE LEGAL CLAIM(S) DOES NOT RESULT INTO PROCEEDS, **THEN PURCHASER (MCS) SHALL RECEIVE NOTHING.**

**Price paid by MEDCAPITAL SOLUTIONS LLC to Greenie Weaver** to purchase the contingent right to a portion of the Proceeds from the Legal Claim(s) related to this agreement dated 05/12/2021: $2,000.00

**Optional Handling Fee;** (Handling fees vary depending on how Greenie Weaver chooses to receive the funding):

| | |
|---|---|
| [ ] Please UPS the funds to the following address. Check via UPS Delivery to Seller: $50.00) | [Address]: 11751 Hart St, apt #6, North Hollywood, California 91605 |
| [ ] Please UPS the funds to my Attorney. (Check via UPS Delivery to Seller: $50.00) | [Address]: 16430  Ventura Blvd, Encino, California 91436 |
| **Please deposit the funds to my personal bank account or attorney/law firm's trust account:** (For Wire & Bank Transfer: $50.00) | |
| Client's Account Name: | Account Number |
| Bank Name | Routing Number |
| [ ✓ ] I picked up the funds at 714 W Olympic Blvd Suite 640 Los Angeles CA 90015 (For Check Via In Person Pick Up): Free | |

**I, Greenie Weaver, Agree and Confirm the above Payment Instructions** INITIALS

By signing below, I, Greenie Weaver, hereby agree to the terms of the above Payment Instructions and understand that I am responsible for the information that I have provided on this form, and that MCS is not responsible for any problem in delivery or transfer of funds, so long as it follows the instructions provided by Greenie Weaver. I also agree to the use of the above statements at the discretion of MCS.  In addition, Seller shall be responsible to pay all overnight delivery, bank wire transfer charges, unanticipated fees incurred due to incorrect wire transfer information and address where funds are to be delivered and other changes causing fees, such as stop payment requests which would be costs incurred by MCS at Seller's request and not previously recouped by MCS I, Greenie Weaver, by my signature below confirm that I have read and understand this Consumer Disclosure / Payment Instruction before reading and signing the Purchase Agreement and have discussed the same with counsel of my own choosing.

**Greenie Weaver:** _____          **Date:** 5/12/21

**Capital Solutions**

*Exhibit "E"*

1277 Olympic Blvd Suite 840
Los Angeles, California 90015
Phone: (310) 596-1556
Fax: (213) 493-2260

## COVER PAGE

| | |
|---|---|
| **Date:** | May 12, 2021 |
| **Sent to:** | Robin E. Paley |
| | 16430  Ventura Blvd Ste 301 |
| | Encino, CA 91436 |
| | 818-386-2995 |
| | 818-386-0684 |
| | paleylawoffices@gmail.com |

Law Offices of Robin E. Paley PC
16430  Ventura Blvd Ste 301
Encino, CA 91436
818-386-2995
818-386-0684

**From:** MedCapital Solutions LLC (MCS)       Pages: 14 (Including Cover)

**Re: Greenie Weaver Purchase Agreement 21 - 00403**

# HAVE QUESTIONS? PLEASE CALL US AT (310) 596-1556.

**CHECKLIST FOR Greenie Weaver**

- ☐ Complete and sign the Consumer Disclosure
- ☐ Complete and sign the Payment Instructions.
- ☐ Complete and sign the Information Release.
- ☐ Complete and sign the Purchase Agreement-Page 4
- ☐ Complete and sign the Purchase Agreement-Page 10
- ☐ Sign the Irrevocable Letter of Direction.

**CHECKLIST FOR ATTORNEY. Robin E. Paley OF Law Offices of Robin E. Paley PC.**

- ☐ Sign the Attorney Acknowledgment portion of the Irrevocable Letter of Direction and list the approximate amount of any related medical and statutory liens.

We greatly appreciate your assistance with the process. Once you receive your MCS cash funding, please notify us if you wish to receive any future funding.

PLEASE COMPLETE THE ATTACHED DOCUMENTS AND RETURN BY ONE OF THE FOLLOWING METHODS
- ✓ ELECTRONICALLY (E-SIGNATURE: THE FASTEST WAY TO SUBMIT THE DOCUMENTS);
- ✓ BY EMAIL TO: cashadvance@medcapitalsolutions.com
- ✓ BY FACSIMILE TO: (213) 493-2260



714 W Olympic Blvd Suite 640
Los Angeles, California 90015
Phone: (310) 596-1556
Fax: (213) 493-2260

## CONSUMER DISCLOSURE & PAYMENT INSTRUCTIONS

**Date:** 05/12/2021
**Seller:** Greenie Weaver
**MCS Case ID:** 21 - 00403

What MCS (Purchaser) will own from Greenie Weaver's (Seller) Legal Claim if Recovery is made at or during the following time frames:

| ALL PRIOR LIENS – Payoff as of 05/12/2021 – – $5,500.00 | ROR - 34.73%* |
|---|---|
| **Date Range** | **MCS Ownership Amount** |
| 05/12/2021  to 06/26/2021 | $2,600.00 |
| 06/27/2021  to 11/09/2021 | $2,900.00 |
| 11/10/2021  to 02/08/2022 | $3,400.00 |
| 02/09/2022  to 05/10/2022 | $3,500.00 |
| 05/11/2022  to 08/09/2022 | $4,700.00 |
| 08/10/2022  to 11/08/2022 | $5,000.00 |
| 11/09/2022  to 05/08/2023 | $5,600.00 |
| 05/09/2023  to 11/05/2023 | $6,500.00 |
| 11/06/2023  to 05/04/2024 | $7,000.00 |
| 05/05/2024  and thereafter | $7,200.00 |

*THIS RATE OF RETURN (ROR) ON OUR INVESTMENT IS FOR DISCLOSURE PURPOSES ONLY AND BASED ON A FOUR YEAR TERM (CALCULATED 2 TIMES A YEAR USING THE CLOSED-ENDED CREDIT TRANSACTION METHOD) WITH DELIVERY OPTIONS OF THE CHECK AS PICK UP FROM OUR OFFICE.  YOUR RATE OF RETURN PERCENTAGE MAYBE HIGHER IF YOU SELECT OTHER OPTIONAL DELIVERY METHODS.  THIS TRANSACTION IS NOT A LOAN.  **Monthly compounding rate: 2.70% for 4 years**

IF SELLER (Greenie Weaver) COMPLIES WITH THE NONRECOURSE PURCHASE AGREEMENT AND THE LEGAL CLAIM(S) DOES NOT RESULT INTO PROCEEDS, **THEN PURCHASER (MCS) SHALL RECEIVE NOTHING.**

**Price paid by MEDCAPITAL SOLUTIONS LLC to Greenie Weaver** to purchase the contingent right to a portion of the Proceeds from the Legal Claim(s) related to this agreement dated 05/12/2021: $2,000.00

**Optional Handling Fee;** (Handling fees vary depending on how Greenie Weaver chooses to receive the funding):

| [ ] Please UPS the funds to the following address. Check via UPS Delivery to Seller: $50.00} | [Address]: 11751 Hart St, apt #6, North Hollywood, California 91605 |
|---|---|
| [ ] Please UPS the funds to my Attorney. (Check via UPS Delivery to Seller: $50.00) | [Address]: 16430   Ventura Blvd, Encino, California 91436 |
| **Please deposit the funds to my personal bank account or attorney/law firm's trust account:** (For Wire & Bank Transfer: $50.00) | |
| Client's Account Name: | Account Number |
| Bank Name | Routing Number |
| [✓] I picked up the funds at 714 W Olympic Blvd Suite 640 Los Angeles CA 90015 (For Check via In Person Pick Up): Free | |

I, Greenie Weaver, Agree and Confirm the above Payment Instructions INITIALS:

By signing below, I, Greenie Weaver, hereby agree to the terms of the above Payment Instructions and understand that I am responsible for the information that I have provided on this form, and that MCS is not responsible for any problem in delivery or transfer of funds, so long as it follows the instructions provided by Greenie Weaver. I also agree to the use of the above statements at the discretion of MCS.  In addition, Seller shall be responsible to pay all overnight delivery, bank wire transfer charges, unanticipated fees incurred due to incorrect wire transfer information and address where funds are to be delivered and other changes causing fees, such as stop payment requests which would be costs incurred by MCS at Seller's request and not previously recouped by MCS **I, Greenie Weaver, by my signature below confirm that I have read and understand this Consumer Disclosure / Payment Instruction before reading and signing the Purchase Agreement and have discussed the same with counsel of my own choosing.**

**Greenie Weaver:** _____          **Date:** 5/12/21

**Capital** SOLUTIONS

*Exhibit E*

714 W Olympic Blvd Suite 840,
Los Angeles, California 90015
Phone: (310) 596-1556
Fax: (213) 493-2260

## NOTICE OF PURCHASE

May 12, 2021

Robin E. Paley of
Law Offices of Robin E. Paley PC
16430  Ventura Blvd Ste 301
Encino, CA 91436

| | |
|---|---|
| RE:  OUR CLIENT: | **Greenie Weaver** |
| OUR CASE ID: | **21 - 00403** |

Dear Robin E. Paley,

Medcapital Solutions LLC ("MCS") has entered into a Purchase Agreement (attached) with your client Greenie Weaver. MCS has purchased a right in a portion of the potential Proceeds from the Legal Claim(s) of Greenie Weaver.

PLEASE BE ADVISED THAT YOU MAY NOT DISBURSE ANY OF THE PROCEEDS UNTIL THE MCS OWNERSHIP AMOUNT (PLUS ANY APPLICABLE FEES DUE AT DELIVERY) HAS BEEN SATISFIED.

### MCS OWNERSHIP AMOUNT

| ALL PRIOR LIENS – Payoff as of 05/12/2021 - – $5,500.00 | ROR - 34.73%* |
|---|---|
| **Date Range** | **MCS Ownership Amount** |
| 05/12/2021  to 06/26/2021 | $2,600.00 |
| 06/27/2021  to 11/09/2021 | $2,900.00 |
| 11/10/2021  to 02/08/2022 | $3,400.00 |
| 02/09/2022  to 05/10/2022 | $3,500.00 |
| 05/11/2022  to 08/09/2022 | $4,700.00 |
| 08/10/2022  to 11/08/2022 | $5,000.00 |
| 11/09/2022  to 05/08/2023 | $5,600.00 |
| 05/09/2023  to 11/05/2023 | $6,500.00 |
| 11/06/2023  to 05/04/2024 | $7,000.00 |
| 05/05/2024  and thereafter | $7,200.00 |

*THIS RATE OF RETURN (ROR) ON OUR INVESTMENT IS FOR DISCLOSURE PURPOSES ONLY AND BASED ON A FOUR YEAR TERM (CALCULATED 2 TIMES A YEAR USING THE CLOSED-ENDED CREDIT TRANSACTION METHOD) WITH DELIVERY OPTIONS OF THE CHECK AS PICK UP FROM OUR OFFICE.  YOUR RATE OF RETURN PERCENTAGE MAYBE HIGHER IF YOU SELECT OTHER OPTIONAL DELIVERY METHODS.  THIS TRANSACTION IS NOT A LOAN. <u>Monthly compounding rate: 2.70% for 4 years</u>

### ADDITIONAL FEES

| | |
|---|---|
| Additional Fees | Fees |
| Case Servicing / Monitoring | $0 |
| Subsequent Case Review for each additional funding | $0 |
| Pick Up | FREE |

**Please call (310) 596-1556 or by fax at (213) 493-2260 to receive more information about the MCS ownership Amount.**



714 W Olympic Blvd Suite 840,
Los Angeles, California 90015
Phone: (310) 596-1556
Fax: (213) 493-2260

## ATTORNEY ACKNOWLEDGEMENT

I, Robin E. Paley, acknowledge receipt and fully understand my obligations under the Medcapital Solutions LLC's Irrevocable Letter of Direction, the Non-Recourse Purchase Agreement, and the Notice of Purchase.

My fee agreement is on a contingency basis and there are liens and/or letters of protection (exclusive of attorney's fees and costs) against the case of approximately _____, and I will deliver the MCS Ownership Amount at the same time as attorney fees, costs and related medical liens as per instructions above.

I fully expect that any Proceeds from the Legal Claim(s) will be sent to me directly and not directly to the Seller (Seller); I agree that all disbursements of proceeds will be made through my attorney trust account.
I have not, and will not accept any advice, direction, or payment from MCS regarding the Legal Claim(s).

To the best of my knowledge, the above client has NOT received any previous cash funding's on his/her Legal Claim(s), except for the Purchase Agreement(s) with MCS.

I will not participate in or acknowledge, assign, sell, transfer, pledge any future cash funding(s) for the above client without first resolving the MCS Ownership Amount.

I will promptly notify MCS in writing if I cease to legally represent the Sellers with regard to the Legal claim(s). In the event of any substitution of attorney, I will promptly advise MCS the name, address, and telephone number of the new attorney of record, and I will promptly deliver the Agreement, all Exhibits thereto, and the Attorney/Client Acknowledgement, to any substituted attorney.

I agree and acknowledge that upon request, I will inform MCS whether Greenie Weaver's case is still pending. I will provide other non- privileged information to MCS and if Greenie Weaver's case settles, I will request a payoff and inform MCS that the matter has settled.

If MCS, has attempted in good faith personal service of process on Seller at the address that Seller have set forth in this Agreement, is not able successfully to complete personal service to Seller, I accept appointment as the Sellers' agent for the service of process, and I agree that service upon me by mail, facsimile or express delivery service shall constitute service upon Seller.

I acknowledge that upon my signature below, I understand the Purchase Agreement will be executed by the Parties and MCS will provide funding to Greenie Weaver. I will contact MCS when the Legal Claim(s) has been resolved.

Please provide email for case updates:
All capitalized terms used herein are defined as set forth in the Purchase Agreement

DocuSigned by:

Robin E. Paley     5/12/2021

AA57505071C0DFB...

**Robin E. Paley of Law Offices of Robin E. Paley PC**     **Date**

Please provide email for case updates:

_____

E-mail